JUNE 6, 1994

No. 93–8707. MASON v. OHIO. Ct. App. Ohio, Ashland County. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stansbury* v. *California, ante,* p. 318.